## DAVIS V. SPAKE.

(Decided Dec. 1, 1910.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.

---

## ENGLISH V. CITY OF EAST LAKE.

(Decided Dec. 3, 1910.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

LEA & LEA, and W. J. MARTIN, for appellant. H. H. BLACK, for appellee.

Per curiam. Dismissed for want of prosecution.

---

## FARRIOR & CO. V. ATWOOD.

(Decided Nov. 29, 1910.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

GEORGE HUDDLESTON, for appellants. STALLINGS & DRENNEN, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## FEDERAL CASUALTY CO. V. BARKER.

(Decided Dec. 1, 1910.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.